# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**EDDIE VAN OLIVER, III,**

    **Plaintiff,**

    v.

**STATE OF OHIO, *et al.*,**

    **Defendants.**

:

:

**Case No. 2:24-cv-267**
**Judge Sarah D. Morrison**
**Magistrate Judge Elizabeth P. Deavers**

## ORDER

In a Report and Recommendation issued on March 20, 2024, the Magistrate Judge recommended that this Court dismiss this action for failure to prosecute under Federal Rule of Civil Procedure 41(b). (ECF No. 5.) Plaintiff Eddie Van Oliver, III was advised of the right to file objections to the Report and Recommendation and the consequences of failing to do so. (*Id.*) Still, no objections have been filed.

The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, this action is **DISMISSED with prejudice**. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

    IT IS SO ORDERED.

                  /s/ Sarah D. Morrison
                  **SARAH D. MORRISON**
                  **UNITED STATES DISTRICT JUDGE**